**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-26047-KMM**

BLACK VOTERS MATTER FUND, *et al.,*

Plaintiffs,

v.

CORD BYRD, in his official capacity as
Florida Secretary of State, *et al.,*

Defendants.

_____________________________________/

**ORDER OF TRANSFER**

GOOD CAUSE appearing that a transfer of this action is appropriate pursuant to Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to **Case No. 1:26-cv-26047-KMM** being of the same subject matter and arising out of the same circumstances as in **Case No. 1:26-cv-22257-JB** and subject to the consent of the Honorable Judge Jacqueline Becerra, it is

ORDERED AND ADJUDGED that the above-numbered action is transferred to the calendar of Judge Becerra, for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of September, 2026.

K. M. Moore
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

After reviewing the court file in the above-numbered actions, the undersigned hereby accepts the transfer of said case. Therefore, it is

ADJUDGED that all pleadings hereinafter filed shall bear **Case No. 1:26-cv-26047-JB** thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this 24th day of September, 2026.

JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

c: All Counsel of Record
Clerk of Court